# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Anthony Smallwood, a/k/a "Tony" | ) | 19-mj-5136-JGD |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   May 10, 2019   in the county of   Suffolk   in the
  District of   Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 841(a) and (b)(1)(B)(vi) | Distribution of and Possession with Intent to Distribute 40 Grams or More of Fentanyl |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Garrett S. Hassett

☑ Continued on the attached sheet.

*Complainant's signature*

Garrett S. Hassett, SA, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/21/2019

*Judge's signature*

City and state:   Boston, MA     Hon. Donald L. Cabell, U.S. Magistrate Judge.
*Printed name and title*